IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARIAH V.A.,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　　Defendant. | CV 20-121-M-DWM<br><br><br>JUDGMENT IN A CIVIL CASE |

　　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED, pursuant to the Court's Opinion and Order, that the Commissioner's decision is REVERSED and this matter is REMANDED.

　　　Dated this 28th day of April, 2021.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　By: /s/ Nicole Stephens
　　　　　　　　　　　　　　　Nicole Stephens, Deputy Clerk